■ GREAT RIVER REALTY CORP., Appellant-Respondent, v. ALLEN B. DAVIS, Respondent-Appellant, and MILTON L. BURNS, as Treasurer of the County of Suffolk, et al., Respondents.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ. [See 4 A D 2d 949.]

■ SENTA MAYR et al., Respondents, v. ADOLPH A. APTON, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See 4 A D 2d 885.]

■ LUBA NAZAROFF, Appellant, v. BELAM REALTY CORP., Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See 4 A D 2d 886.]

■ WALTER O'ROURKE, Respondent, v. CITY OF NEW YORK, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. [See 3 A D 2d 713.]

■ CATHERINE OWEN, Respondent, v. WILLIAM OWEN, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, with $10 costs. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See 4 A D 2d 881.]

■ JOSEPH PRIMROSE et al., Appellants, v. JOHN A. McKENNA, JR., as Executor of MAE FOLEY, Deceased, Respondent.— Motion to dismiss appeal granted, without costs, and appeal dismissed. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.

■ DOROTHY M. RUSCHER, Appellant, v. JOSEPH P. VACCARELLA et al., Respondents.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. [See 4 A D 2d 887.]

■ FRED C. ABINET, Appellant, v. GASPER MEDIAVILLA, Respondent.— In an action to foreclose a mechanic's lien, the appeal is from a judgment of the County Court, Suffolk County (designated in the notice of appeal as an order and judgment), dismissing the complaint on the merits, directing cancellation of the lien, and awarding costs to respondent. Judgment modified by striking from the first ordering paragraph the words "on the merits" and by substituting therefor the words "without prejudice" and by striking from said judgment the second ordering paragraph. As so modified judgment unanimously affirmed, without costs. In our opinion, the learned Trial Judge properly ruled that appellant was required to plead and prove the written contracts between the parties and facts showing either excuse for his nonperformance thereof or respondent's waiver of the terms and conditions thereof (*Robinson v. Chinese Charitable Assn.*, 47 App. Div. 69; *Paturzo v. Shuldiner*, 125 App. Div. 636). The mere allegation of performance is insufficient to support proof that performance was waived (*Burr v. Union Sur. & Guar. Co.*, 86 App. Div.